# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-03-00449-CR

**Arthur C. Saucedo, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE COUNTY COURT AT LAW NO. 6 OF TRAVIS COUNTY
### NO. 501771, HONORABLE MIKE DENTON, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Arthur C. Saucedo seeks to appeal from a judgment of conviction for driving while intoxicated. Sentence was imposed on January 19, 1999. Saucedo's motion for new trial was filed on July 3, 2003, and his notice of appeal was filed on July 11, 2003. Both documents were clearly filed too late to perfect an appeal. *See* Tex. R. App. P. 21.4, 26.2(a). Under the circumstances, we lack jurisdiction to dispose of the purported appeal in any manner other than by dismissing it for want of jurisdiction. *See Slaton v. State*, 981 S.W.2d 208 (Tex. Crim. App.1998); *Olivo v. State*, 918 S.W.2d 519, 522-23 (Tex. Crim. App. 1996).

The appeal is dismissed.

_____

David Puryear, Justice

Before Chief Justice Law, Justices B. A. Smith and Puryear

Dismissed for Want of Jurisdiction

Filed:   August 14, 2003

Do Not Publish